IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY JONES<br>*Plaintiff* | § § § | |
| vs. | § § | CIVIL ACTION NO: 4:21-cv-2917 |
| KROGER TEXAS, L.P.<br>*Defendant.* | § § § | |

## DISCLOSURE OF INTERESTED PARTIES
## BY DEFENDANT KROGER TEXAS L.P.

Defendant Kroger Texas L.P., incorrectly named as Kroger Texas, L.P., files this Disclosure of Interested Parties. Plaintiff Anthony Jones will file his own disclosure statement.

The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Plaintiff Anthony Jones.

2. THE TODD LAW GROUP, PLLC, Jeffrey N. Todd, Counsel for Plaintiff Anthony Jones.

3. Defendant Kroger Texas L.P.

4. KRGP Inc. (General Partner of Defendant Kroger Texas L.P.)

5. KRLP Inc. (Limited Partner of Defendant Kroger Texas L.P.)

6. The Kroger Co.

7. BAKER • WOTRING LLP, Earnest W. Wotring, Karen R. Dow, Aliyah Davis, Counsel for Defendant Kroger Texas L.P.

Respectfully submitted,

**BAKER • WOTRING LLP**

*/s/ Earnest W. Wotring*
Earnest W. Wotring
*Attorney-in-Charge*
Federal ID No. 15284
State Bar No. 22012400
Karen R. Dow
Federal ID No. 18776
State Bar No. 06066800
Aliyah Davis
State Bar No. 24120791
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 980-1700
Facsimile: (713) 980-6925
ewotring@bakerwotring.com
kdow@bakerwotring.com
adavis@bakerwotring.com

**ATTORNEYS FOR DEFENDANT
KROGER TEXAS L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on the following through e-filing on February 15, 2022.

Jeffrey N. Todd
The Todd Law Group, PLLC
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
jeff@jefftoddlaw.com

*/s/ Aliyah Davis*
Aliyah Davis