# APPENDIX

**APPENDIX**

Table of Contents

Exhibit A: Plaintiff Anthony Jones' 9/30/2022 Deposition ............................................. Tab 1

Exhibit B: Affidavit of Richard Zuniga ............................................................................ Tab 2

Exhibit C: Kroger Incident Report ................................................................................... Tab 3

# EXHIBIT A

```
 1          IN THE UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF TEXAS

 3                 HOUSTON DIVISION

 4    _____

 5    ANTHONY JONES,

 6          Plaintiff,

 7       v.                        Civil Action No.

 8    KROGER TEXAS L.P.,              4:21-cv-2917

 9          Defendant.

10    _____

11          VIDEOCONFERENCE DEPOSITION OF

12                 ANTHONY JONES

13    DATE:        Friday, September 30, 2022

14    TIME:        2:09 p.m.

15    LOCATION:    Remote Proceeding

16                 Houston, TX

17    REPORTED BY: Becky Stewart, Notary Public

18    JOB NO.:     5406962

19

20

21

22

23

24

25
                                        Page 1
```

Anthony Jones
September 30, 2022

```
 1            A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF ANTHONY JONES:
 3     JEFFREY N. TODD, ESQUIRE (by videoconference)
 4     The Todd Law Group (Texas)
 5     12929 Gulf Freeway, Suite 301
 6     Houston, TX 77034
 7     jeff@jefftoddlaw.com
 8     (832) 243-4953
 9
10  ON BEHALF OF DEFENDANT KROGER TEXAS, L.P.:
11     ALIYAH DAVIS, ESQUIRE (by videoconference)
12     Baker Wotring, LLP
13     600 Travis Street, JPMorgan Chase Tower
14     Suite 700
15     Houston, TX 77002
16     adavis@bakerwotring.com
17     (713) 980-1700
18
19
20
21
22
23
24
25
                                          Page 2
```

```
 1               I N D E X
 2  EXAMINATION:                      PAGE
 3     By Ms. Davis              5
 4
 5            E X H I B I T S
 6  NO.     DESCRIPTION             PAGE
 7  Exhibit 1   Photo - Grocery Aisle      47
 8  Exhibit 2   Photo - Grocery Aisle -
 9        Metal Cooking Pans on Left    50
10  Exhibit 3   Witness Medical Record -
11        Houston Methodist -
12        Dated 09/15/2020           86
13        (Exhibits attached.)
14
15   D O C U M E N T S   R E Q U E S T E D
16  NO.      DESCRIPTION            PAGE
17  1     Ms. Williamson - Second Phone Number
18        Witness to Provide, if applicable  11
19  2     Attorney Name/Contact Information
20        Workers Compensation Claim     25
21
22
23
24
25
                                          Page 3
```

```
 1            P R O C E E D I N G S
 2        THE REPORTER:  Good afternoon.  My name
 3  is Becky Stewart.  I'm a reporter assigned by Veritext
 4  to take the record of this proceeding.  We're now on
 5  the record at 2:09.
 6        This is the deposition of Anthony Jones
 7  taken in the matter of Anthony Jones v. Kroger, Texas
 8  LP, on September 30, 2022.  The reporter is located at
 9  Cherokee, Texas.  The witness is located at Houston,
10  Texas.
11        I am a notary authorized to take
12  acknowledgments and administer oaths in Texas.
13  Parties agree that I will swear in the witness
14  remotely.
15        Additionally, absent an objection on
16  the record before the witness is sworn, all parties
17  and the witness understand and agree that any
18  certified transcripts produced from the recording of
19  this proceeding:
20        - is intended for all uses permitted
21          under applicable procedural and
22          evidentiary rules and laws in the same
23          manner as a deposition recorded by
24          stenographic means; and
25        - shall constitute written stipulation
                                          Page 4
```

```
 1  of such.
 2        At this time will everyone in
 3  attendance please identify yourself for the record,
 4  starting with Ms. Davis.
 5        MS. DAVIS:  Good afternoon.  My name is
 6  Aliyah Davis.  I'm counsel for Kroger, Texas LP and I
 7  am in Downtown Houston, Texas.
 8        MR. TODD:  Jeff Todd, on behalf of the
 9  plaintiff and I'm in Houston, Texas as well.
10        MR. JONES:  Anthony Jones.
11        THE REPORTER:  Thank you.  Hearing no
12  objections I swear in the witness.
13        Mr. Jones, can you raise your right
14  hand?
15  WHEREUPON,
16        ANTHONY JONES,
17  called as a witness, and having been first duly sworn
18  to tell the truth, the whole truth, and nothing but
19  the truth, was examined and testified as follows:
20        THE REPORTER:  Thank you.
21        You can now begin.
22            EXAMINATION
23  BY MS. DAVIS:
24     Q   Good afternoon, Mr. Jones.  How are you?
25     A   I'm okay.
                                          Page 5
```

2 (Pages 2 - 5)

1    Q   Okay.  Well, as you heard earlier, my name
2  is Aliyah Davis and I represent Kroger, Texas, LP,
3  which I'll be referring to as "Kroger" throughout the
4  deposition.  Do you understand that?
5    A   Yes.
6    Q   Okay.  And do you understand that your
7  deposition is being taken here today in connection
8  with the lawsuit that you filed against Kroger
9  relating to the accident that occurred on July 1,
10  2020, at the Kroger store located at 1803 FM 529 Road
11  in Houston, Texas?
12    A   Yes.
13    Q   Have you ever given your deposition before,
14  Mr. Jones?
15    A   No, ma'am.
16    Q   And have you ever testified at a trial?
17    A   No, ma'am.
18    Q   Do you understand that you've been sworn to
19  tell the truth, the whole truth, and nothing but the
20  truth?
21    A   Yes, ma'am.
22    Q   And do you understand that during the
23  deposition I'll ask you questions, your lawyer may ask
24  you some questions, and both questions that we ask you
25  and the answers that you give to those questions are
Page 6

1  being recorded by the court reporter?
2    A   Yes, ma'am.
3    Q   And do you understand that those questions
4  that are asked of you and your answers to those
5  questions can be read back to you in court before a
6  judge or jury or both, just as if you were testifying
7  in front of them?
8    A   Yes, ma'am.
9    Q   And do you also understand that your
10  testimony is given under penalty of perjury?
11    A   Yes.
12    Q   Now if I ask you a question that you don't
13  understand or that you want me to repeat or you need
14  me to rephrase it, just let me know and I'll be glad
15  to do so.  Okay?
16    A   Thank you.
17    Q   Absolutely.  Otherwise if you answer a
18  question I'll assume that you understood it.  Is that
19  fair?
20    A   Yes, it is.
21    Q   Okay.  And if you need a break at any time,
22  let me know.  I usually do a break at about the hour
23  mark anyways but if you need a break before that, just
24  let me know, and we can go ahead and take a break.
25  Okay?
Page 7

1    Q   Mm hmm.
2    Q   I just ask that if I've asked a question,
3  you answer that question before we take a break.
4  Okay?
5    A   Yes.
6    Q   And since this is via Zoom will you agree
7  with me that we won't talk at the same time as best we
8  can?
9    A   Yes, ma'am.
10    Q   And I'll let you, you know, answer fully and
11  I'll ask that you let me ask my question fully as
12  well.  Okay?
13    A   Mm hmm.
14    Q   Have you taken any medications prior to this
15  deposition?
16    A   No, ma'am.
17    Q   Okay.  And have you been able to understand
18  all of my questions that I've asked thus far?
19    A   Yes, ma'am.
20    Q   Do you have any medical training or
21  education?
22    A   No, ma'am.
23    Q   What about any legal training?
24    A   No, ma'am.
25    Q   Okay.  Did you review any documents in
Page 8

1  preparation for your deposition?
2    A   Just the video.
3    Q   What video are you referring to?
4    A   The -- the -- Kroger video.
5    Q   Okay.  Did you review any medical records?
6    A   No, ma'am.
7    Q   And did you review any documents that
8  would've refreshed your recollection about any of the
9  facts or events relating to the lawsuit?
10    A   No, ma'am.
11    Q   And then other than your attorney, have you
12  discussed this lawsuit with anyone?
13    A   Not today.
14    Q   And what do you mean by "not today"?
15    A   I've discussed it with a older -- a friend
16  of mine -- who used to be a friend of mine.  I told
17  her that, you know, that that an accident.  Didn't
18  tell her much else.  That was about it.  We no longer
19  talk, so.
20    Q   Do you have this friend's name?
21    A   Lisa Revera Williamson.  I don't have a
22  phone number.  All I have is two --.  All have is two
23  phone numbers that she disconnected within the last
24  month probably.
25    Q   Would you mind providing me with those
Page 9

3 (Pages 6 - 9)

1 numbers just in case?
2    A   Yes, ma'am.  One second.
3        THE REPORTER:  Ms. Davis, when he comes
4 back, can you remind him to verbally answer some of
5 the questions?  A couple times he's said, "Mm hmm," so
6 I need him to verbal -- verbalize.
7        MS. DAVIS:  Okay.
8        THE WITNESS:  Okay.  Yes, ma'am.
9 BY MS. DAVIS:
10    Q   Mr. Jones, while you're looking for those
11 numbers, just another quick housekeeping matter.  I
12 think you might have done it just once or twice so far
13 but when I ask you a question can you answer with a
14 verbal response like, "Yes" or "No," instead of
15 saying, "Mm hmm," or "Uh uh," or like a nod?
16    A   Yes, ma'am.
17    Q   Okay.  Thank you.  It's just so that the
18 court reporter, you know, can get it down verbal.
19    A   The first number --.  The number she had for
20 nine years when we were talking was (832) 877-8881.
21 And then she changed that number.  Trying to find it
22 now.  For some reason I don't -- I don't -- have that
23 other number but that first number is the number that
24 she had been having for years when we were talking.
25        'Cause this was just recently when I called

Page 10

1 it off.  And she got upset and then she put me on
2 another phone number that was just me.  And then I
3 didn't like that.  And next thing you know that number
4 was disconnected also.  So I have no clue anymore to
5 how to contact her.  I know my tires were flat last
6 week, all four of them.  That, I can tell you for the
7 record.
8    Q   Okay.  Mr. Jones, thank you for providing me
9 that first number.  And if by any chance you come
10 across the second number you can just go ahead and
11 give that to your attorney and I'll try to get it from
12 him.  But you --.
13    A   Yes, ma'am.
14    Q   Thank you.  You said that you "discussed
15 this with her a while ago."  About when do you think
16 you discussed?
17    A   It was probably shortly after that.  It was
18 probably shortly after the -- after the accident.  It
19 was --.  I'm sure it was.
20    Q   So back in 2020?
21    A   Yes, ma'am.
22    Q   And had you discussed it with her since
23 then?
24    A   I never --.  I just --.  I discussed it with
25 her that --.  You know, sometime after that telling

Page 11

1 her that -- what had happened -- but I never discussed
2 it with her.  I only think I -- I -- told her that it
3 was ongoing but I never discussed much else with her
4 about it.
5    Q   And do you recall what you told her?
6    A   No, ma'am.
7    Q   And so other than Ms. Williamson and your
8 attorney, have you discussed this lawsuit with anyone
9 else?
10    A   No, ma'am.
11    Q   How old are you today, Mr. Jones?
12    A   Sixty.
13    Q   And how old were you at the time of the
14 accident back in 2020?
15    A   Would've been 58.
16    Q   And what is your date of birth?
17    A   5/25/1962.
18    Q   And where were you born?
19    A   Indianapolis, Indiana.
20    Q   And how long were you in Indianapolis,
21 Indiana?
22    A   From 1962 to 1970.
23    Q   And where did you move after Indiana?
24    A   To Germany.
25    Q   And how long were you in Germany?

Page 12

1    A   Two years.
2    Q   And then where did you move after that?
3    A   Alaska.
4    Q   And how long were you in Alaska?
5    A   Three years.
6    Q   Were either of your parents in the Army or
7 the armed services?
8    A   Yes, my dad.
9    Q   Okay.  And then where did you guys move
10 after Alaska?
11    A   Louisiana.
12    Q   And how long were you in Louisiana?
13    A   Four years.
14    Q   And then what about after Louisiana?
15    A   One year in Arizona.
16    Q   And this is also while your dad is in the
17 armed services?
18    A   Yes, ma'am.
19    Q   Okay.  And then where, after Arizona?
20    A   San Diego, California.
21    Q   And how long were you in San Diego?
22    A   It was maybe a year and a half.  I went into
23 the military after I got in San Diego.
24    Q   And what branch of the military did you go
25 into?

Page 13

```
 1   A   United States Army.
 2   Q   And what year would that have been?
 3   A   1981.
 4   Q   And how old were you?
 5   A   How old am I now?
 6   Q   No, back in 1981 when you entered the Army.
 7   A   Oh. I'm not --. Are you going to do that
 8   math?
 9   Q   Yeah, I was trying to do the math in my head
10   too. I thought you, you know, just would've known.
11   A   No, I don't.
12   Q   It's okay. I can figure it out later. And
13   how long were you in the Army?
14   A   Three years.
15   Q   And where were you stationed?
16   A   Fort Knox, Kentucky.
17   Q   Did you ever get deployed?
18   A   No, ma'am.
19   Q   And were you ever injured while you were in
20   the military?
21   A   No, no wartime injuries, no.
22   Q   And what about just regular injuries?
23   A   Yes, ma'am.
24   Q   And what was that?
25   A   I suffer from anxiety, depression. I have
```
Page 14

```
 1   a --. I had injury on my -- inside my -- left
 2   buttocks.
 3   Q   And were you treated for your anxiety,
 4   depression, and the injury inside your buttock at the
 5   VA?
 6   A   Yes ma'am.
 7   Q   And were you discharged from the Army?
 8   A   Yes, ma'am.
 9   Q   Was it honorable?
10   A   Yes, ma'am.
11   Q   What was your -- what do they call it? Like
12   your MOS in the Army?
13   A   Seventy-five Bravo, Personnel Specialist.
14   Administration Specialist. I'm sorry.
15   Q   And what did your duties consist of as an
16   administrative specialist?
17   A   Just a daily -- daily -- just daily
18   paperwork and activities for -- for -- the soldiers in
19   my battalion.
20   Q   And a usual, I guess, term is four years but
21   you said you were in there for "three." Is there any
22   reason why you didn't do your full term?
23   A   No, there was just --. At that time, that
24   was just -- that was the term. Full three-year term.
25   That was it. It wasn't even actually a three year
```
Page 15

```
 1   turn. It was like two years and some months but it
 2   was a three year term. The military has their own
 3   calculations.
 4   Q   Absolutely. Okay. So after the military,
 5   where did you live?
 6   A   Went back to San Diego, California.
 7   Q   Okay. And then how long were you there?
 8   A   I was back in San Diego, California from --
 9   from -- 1984 to 2000 -- 2000 -- and --. 2009.
10   Q   And when did you move to Texas?
11   A   I moved to Texas in two --. I came here two
12   different times. I came here in 2009 for a few months
13   and then I left, went back San Diego, and I came back
14   here permanent to move -- to live -- in 2012.
15   Q   And have you been in Houston, Texas since
16   2012?
17   A   Moving around. I stayed in --. So in 2012
18   I was here. I left in 2013 and I moved to
19   Indianapolis, Indiana to go back to school through the
20   military.
21   Q   And what school did you go to in Indiana in
22   2013?
23   A   ITT Tech.
24   Q   Did you complete your, I guess,
25   certification?
```
Page 16

```
 1   A   Yes, I did.
 2   Q   And what would that certification be called?
 3   A   Business management.
 4   Q   And so did you stay in Indiana after that or
 5   did you come back to Texas?
 6   A   Left in 2014; came back to Houston.
 7   Q   And then did you go anywhere else since
 8   2014?
 9   A   No, I'm here.
10   Q   All right. So you found a home in Houston,
11   huh?
12   A   Yes, ma'am.
13   Q   Well, what do you like to do out here?
14   A   Right now --. And I was just --. You know,
15   I was working every day and now that I don't work
16   anymore, I'm trying to find my way. So I'm just --.
17   I have no idea yet what I want to do. I'm
18   volunteering somewhere for sure but I just don't know
19   where at yet.
20   Q   Okay. What do you like do for fun? As
21   hobbies?
22   A   Oh, I don't do much. I go to the gym when I
23   can but my extremities bother me so it's like off and
24   on. But that's the only thing that I enjoy. But I
25   haven't even been able to enjoy that in the last five
```
Page 17

5 (Pages 14 - 17)

1  years. My health has been up and down.
2     Q   What is your current home address?
3     A   15910 FM 529, Number 121, Houston, Texas,
4  77095.
5     Q   And how long have you lived at that address?
6     A   Nine years. Eight years. I'm sorry. Eight
7  years. Yeah.
8     Q   And prior to living at that address, is that
9  when you were in Indianapolis?
10    A   Yes, I moved from there straight to this --
11  where I'm at right now.
12    Q   Does anyone currently live with you at that
13  address?
14    A   No, ma'am.
15    Q   Has anyone ever lived with you at that
16  address?
17    A   My grandson for a year. Years ago.
18    Q   And what is your grandson's name?
19    A   N-E-E --. No. Excuse me. N-A K-E-O
20  Thomas.
21    Q   And how old is he?
22    A   Twenty.
23    Q   And when would you say he lived with you?
24    A   It would've been '15, '16.
25    Q   Are you currently married?

*Page 18*

1     A   No, ma'am.
2     Q   Have you ever been married?
3     A   Yes, ma'am.
4     Q   And when was that?
5     A   I was married from 1981 to 2005.
6     Q   And to who were you married?
7     A   Excuse me?
8     Q   And to who were you married?
9     A   Sharon Jones.
10    Q   Would you guys have gotten divorced in
11  California?
12    A   Yes, ma'am.
13         THE WITNESS: Sorry.
14         MS. DAVIS: No worries. If you could
15  silence it though, that'd be great.
16         THE WITNESS: Yeah.
17         MS. DAVIS: Thank you so much.
18  BY MS. DAVIS:
19    Q   Did you have any children with Ms. Sharon
20  Jones?
21    A   Yes. Three.
22    Q   And could you give me their names and ages?
23    A   Plachette, P-L-A-C-H-E-T-T-E. Last name,
24  Richard.
25    Q   And how old is she?

*Page 19*

1     A   Forty-one.
2     Q   Okay.
3     A   Anthony, Junior. Anthony Eugene Jones,
4  Junior.
5     Q   And how old is he?
6     A   Forty.
7     Q   Okay.
8     A   De-Coryius, D-E-C-O-R-Y-I-U-S, Jones.
9     Q   And how old is he?
10    A   Thirty-nine.
11    Q   Other than these three, have you had any
12  other children?
13    A   No, ma'am.
14    Q   Do you have any brothers or sisters?
15    A   Yes.
16    Q   How many?
17    A   One brother. One sister.
18    Q   And do they live in Houston?
19    A   No. Now.
20    Q   And what about your mother and father? Are
21  they still alive?
22    A   No, they both deceased. I just lost my
23  father on my -- this past May -- on my birthday.
24    Q   I'm so sorry to hear that.
25    A   Yeah, that was terrible.

*Page 20*

1     Q   I know you kind of moved around a lot early
2  in life but where did you go to high school?
3     A   Leeville, L-E-E-S-V-I-L-L-E, Louisiana. So
4  it was Leesville High School.
5     Q   And you did all four years there?
6     A   Yes, ma'am.
7     Q   And when would you have graduated?
8     A   1980.
9     Q   Did you play any sports while you were in
10  high school?
11    A   Yes.
12    Q   And what sports did you play?
13    A   Ran track and played football.
14    Q   Did you ever have any injuries in either
15  track or football?
16    A   Just my left shin. On the outside of my
17  left shin, I had an ice burn.
18    Q   From like an ice bag?
19    A   Yes, ma'am. Left it on too long, wrapped
20  up.
21    Q   I heard that does not feel good.
22    A   No, it doesn't.
23    Q   And I know you mentioned that you went to
24  ITT Tech but did you go to any college prior to that?
25    A   Glendale Community College in Peoria -- I

*Page 21*

6 (Pages 18 - 21)

September 30, 2022

Page 22

1 mean, in Glendale, Arizona.
2    Q   And how long did you attend Glendale
3 Community College?
4    A   I was only there for about eight months.
5 Didn't work out.
6    Q   School isn't for everybody.  And then other
7 than the business management certificate that we
8 discussed earlier; do you have any other
9 certifications?
10    A   No, ma'am.
11    Q   What about any professional licenses?
12    A   No, ma'am.
13    Q   I believe you mentioned you didn't work
14 anymore but just to clarify, are you currently
15 employed?
16    A   No, I'm not.
17    Q   And how long have you been not employed?
18    A   Since December 2018.
19    Q   Are you retired or are you just in between
20 jobs?
21    A   I'm basically retired.
22    Q   What was the last position you held prior to
23 retiring in December 2018?
24    A   Warehouse manager.
25    Q   And where were you a warehouse manager?

Page 23

1    A   At Corporate.
2    Q   Corporate?
3    A   Yes.  Corporate Floor -- Floor --
4 Restoration.
5    Q   And then how long were you a warehouse
6 manager at Corporate Floor Restoration?
7    A   I was manager for about two years.
8    Q   Did you hold another position at Corporate
9 Floor Restoration?
10    A   No, ma'am.
11    Q   Okay.  So you worked there for two years as
12 a warehouse manager?
13    A   Yes.  Well, I mean, I -- I -- worked there.
14 I had started working there in 2016; and so for four
15 years.  In those last two years, I was a manager.
16    Q   Okay.  If you started in 2016 and you worked
17 there for four years, so would your last time of
18 employment have been December 2020?
19    A   Yes, ma'am.
20    Q   Okay.  And what was your position before you
21 were a warehouse manager?
22    A   Service worker.
23    Q   What did your job duties consist of as a
24 "service worker"?
25    A   Cleaning carpets and hard floors.

Page 24

1    Q   And did you have like special equipment for
2 that?
3    A   Yes, ma'am.
4    Q   And what about your duties as a warehouse
5 manager?
6    A   Part of my job was just to make sure that
7 the machines were up, running.  Make sure the supplies
8 were available.  And I get the vans -- had vans -- --
9 that needed to get loaded.  Make sure the vans were
10 loaded and ready to go when my crews come in to go out
11 to their jobs.
12    Q   And so were you the one doing the loading of
13 the vans?
14    A   Yes, I had me and my assistant.  Yes, ma'am.
15    Q   And were you ever injured as a service
16 worker at Corporate Floor Restoration?
17    A   What's that?  Excuse me?
18    Q   I said, "Were you ever injured as a service
19 worker at Corporate Floor Restoration?"
20    A   When I --.  So right before --.  So right
21 before my last days --.  This was in November of --
22 of --.  Was December 20 --.  In 2020 --.  Of a couple
23 months prior to that because I had been out on --.  I
24 had been out on furlough, I guess -- furlough.  With
25 the pandemic, they had put me on furlough.  And then I

Page 25

1 went back, you know.
2        And then I went back to work and then I
3 injured myself.  I injured myself on a -- on a --
4 ladder.  Well, I was on a ladder when I injured myself
5 -- my shoulder -- doing some overreaching; putting in
6 some ceiling tiles.  And so I reported it.  That --.
7 And that was --.  That was the only injury that I had.
8    Q   And which shoulder did you injure?
9    A   My right shoulder.
10    Q   And did you have a workers compensation
11 claim because of that injury?
12    A   Yes, I did.
13    Q   Did you have attorney assistance on that?
14    A   Yes, ma'am.
15    Q   And do you remember the name or firm?
16    A   I know it starts with a "C" but I don't know
17 if I --.  I don't think I have it.  I don't know if I
18 have the information.  I'm not sure.  But I can get
19 that information to my attorney.
20    Q   Okay.  And when would that have been?  You
21 said, your "last --"?
22    A   It was in 2020.  Sometime before my last
23 days there, so.  It had been sometime after -- between
24 -- say between March and December of 2020.
25    Q   Okay.  What was the result of that workers

7 (Pages 22 - 25)

Anthony Jones
September 30, 2022

1  compensation claim?
2      A   I ended up not going --.  We ended up just
3  settling and then --.  And I ended up not going back
4  to work.  I think they paid me --.  They paid me
5  workers comp for six months -- about six months.  I'm
6  not sure but about six months and -- and -- then that
7  was it.
8      Q   And so that was the reason for your
9  departure in December 2020?
10     A   Yes.  Yes, ma'am.  I decided not to --.  I
11 just decided not to go back because I was in bad
12 health anyway.
13     Q   And prior to working at Corporate Floor
14 Restoration, where did you work before that?
15     A   Cavo, C-A-V-O, Drilling Motors.
16     Q   And then how long would you have worked
17 there?
18     A   About two years.
19     Q   And then what did you do at Cavo Drilling
20 Motors?
21     A   I was a dispatcher.
22     Q   And then what did those job duties consist
23 of?
24     A   Oh, just bringing in -- just bringing in --
25 equipment; in and out of the -- of the -- warehouse.

Page 26

1      Q   And were you ever injured at Cavo Drilling
2  Motors?
3      A   No, ma'am.
4      Q   And where would you have worked prior to
5  Cavo Drilling Motors?
6      A   I was --.  I came here to work for Cavo.
7      Q   Oh, okay.
8      A   Where was I?  So many jobs.
9      Q   So Cavo Drilling was your first job in
10 Houston?
11     A   Well actually it was when I was -- when I
12 first came back to stay but I had a --.  But I worked
13 for Randalls Groceries prior, when I was here for
14 those -- those -- six months.  When I came here, I
15 worked for Randalls.  So basically I worked for
16 Randalls, I left and went to Indianapolis, Indiana,
17 and then I came back and started my life here.
18     Q   Okay.  And what was your position at
19 Randalls?
20     A   I was a night manager.
21     Q   And what did those duties consist of?
22     A   I made sure everything is stocked, ready to
23 go for the next day, deliveries.  Make sure the
24 store's ready to be opened.
25     Q   Did you ever work at Stanley Steemers while

Page 27

1  you were in Houston, Texas?
2      A   Yeah, I worked there for about maybe less
3  than three months.  Probably three months.
4      Q   And what was your position there?
5      A   Oh, just a helper.
6      Q   And why was your tenure there less than
7  three months?
8      A   The pay.  I was trying to -- waiting for
9  something to come better.  Just had to wait it out.
10     Q   Okay.  So other than Stanley Steemer, Cavo
11 Drilling Motors, Corporate Floor Restoration, did you
12 have any other employment while in Houston, Texas?
13     A   Yeah, I worked at --.  I worked at Igloo
14 Products for -- one time, for maybe a month, the other
15 time for maybe three weeks.  I took that too.  That
16 was in between the time before the oil company when I
17 got here.  I didn't --.  Was trying to --.  Waiting
18 for the oil company open up but I had to have
19 something -- some income coming in -- so that's why I
20 was bouncing back and forth.
21     Q   I definitely understand that, you know.  So
22 since you aren't currently employed now, do you have
23 an alternate source of income?
24     A   My -- my -- percentage from -- from -- the
25 VA.

Page 28

1      Q   And what is your disability percentage?
2      A   I'm a hundred percent, total permanent.
3      Q   Other than your disability from the VA, do
4  you have any other source of income?
5      A   No, ma'am.
6      Q   Do you go to any church services or any
7  other places of worship?
8      A   Yes, I attend church every Sunday.
9      Q   And where do you attend church?
10     A   Church Without Walls.
11     Q   Do you have any social media?  Like
12 Facebook, Twitter, MySpace, Instagram, Snapchat,
13 LinkedIn?
14     A   I have a Facebook.
15     Q   Just a Facebook?
16     A   Yes ma'am.
17     Q   How often do you post on Facebook or?
18     A   I don't --.  I don't post.  I just look.
19     Q   And so it's safe to assume you didn't post
20 anything about your accident on Facebook?
21     A   Oh, no.
22     Q   Other than this lawsuit that we're here to
23 talk about today, have you been a party to any other
24 lawsuit?
25     A   Yes.  I -- I -- hurt myself at --.  Sorry.

Page 29

8 (Pages 26 - 29)

1 I hurt myself that at Popeye's. I don't know when it
2 was, a couple years ago, coming -- going -- into the
3 bathroom. They had a flood in there. You couldn't
4 see the water on the floor. Other than that, nothing
5 else.
6    Q    And you said that would've been a "few years
7 ago"?
8    A    Yeah, that's when I was working at Cavo
9 between '14 and '16, somewhere in there.
10    Q    And did you have attorney assistance with
11 that lawsuit?
12    A    I'm not sure. It's been so long. I'm not
13 sure.
14    Q    And what was the result of that lawsuit?
15    A    Oh, they --. We settled in a -- in a -- few
16 weeks.
17    Q    And how did you injure yourself at Popeye's?
18    A    Going into the bathrooms. Going to use the
19 bathroom and the way the floors are, you just
20 couldn't --. You couldn't see standing water on the
21 floor, the way the tiles was, and just took a little
22 fall.
23    Q    What parts of your body were injured?
24    A    I think I --. I think I hit my --. I think
25 I hit my left knee, I believe.

Page 30

1    A    Not that I can recall, no. Not here.
2 Because back, you know, in the '80s, you know, in --
3 in -- California there was --. I was in a car
4 accident but that was in the early -- middle -- '80s.
5    Q    And then what happened with that car
6 accident?
7    A    A guy ran the red light and hit my car. I
8 bruised a few ribs. That would've been in '87, '88,
9 somewhere in there.
10    Q    And what happened with that claim?
11    A    The guy said that I ran the light. He
12 said --. I said he "ran the light," and we just went
13 back and forth. And we had to go to an arbitrator and
14 they decided the outcome.
15    Q    And what was the outcome?
16    A    They went with me.
17    Q    And so did you receive compensation?
18    A    Yes, ma'am.
19    Q    And did you treat for your injuries? You
20 said you had a "few bruised ribs." Is that correct?
21    A    Yes, ma'am.
22    Q    Did you have any other injuries?
23    A    No.
24    Q    And you said this would've been in
25 California?

Page 32

1    Q    Sorry, you broke up a little bit. You said
2 your "left knee"?
3    A    Yeah, I think I hit my left --. Yeah, I
4 think I fell on my left knee.
5    Q    And were you treated for that injury?
6    A    Yeah, I went to --. I went to therapy for
7 -- for -- a few weeks and basically he just said it
8 was a, you know, just a swollen knot or something.
9 Some ice and few days and it was, you know, it was
10 better.
11    Q    Did you have to have any medical imaging for
12 your left knee injury?
13    A    No.
14    Q    Did you have to have any surgeries?
15    A    No.
16    Q    Okay. So other than this lawsuit and the
17 lawsuit with Popeyes, have you ever been a party to
18 any other lawsuit?
19    A    No.
20    Q    And have you ever served as a witness in a
21 lawsuit?
22    A    No, ma'am.
23    Q    And then other than this claim and the claim
24 for at Popeye's, have you had any other personal
25 injury claims?

Page 31

1    A    Yes, ma'am. San Diego.
2    Q    Have you ever been involved in any other
3 motor vehicle accidents?
4    A    No.
5    Q    What about any motorcycle accidents?
6    A    No. I did have a fender bender here a
7 couple months ago. I had a fender bender.
8    Q    And tell me a little bit about that.
9    A    I was at a red light and my foot just came
10 off the gas and I took the car in front of me. Wasn't
11 no damage but I -- I -- still told her to go and
12 report it.
13    Q    And were you injured at all in that fender
14 bender?
15    A    No.
16    Q    Have you ever served on a jury?
17    A    No, ma'am.
18    Q    Have you ever filed for bankruptcy?
19    A    Yes, me and my wife did years ago. I guess
20 it may have the '90s, early '90s.
21    Q    And would that have been in California?
22    A    Yes, ma'am.
23    Q    And do you currently have life insurance?
24    A    No.
25    Q    What about health insurance?

Page 33

9 (Pages 30 - 33)

Anthony Jones
September 30, 2022

1   A   All my medical and everything is through the
2   VA.
3   Q   Were you ever turned down or rejected for
4   life insurance?
5   A   No, ma'am.
6   Q   I know we spoke earlier, you said that you
7   "a hundred percent disability" from the VA.  Do you
8   have like any plaques that you hang in your car or any
9   like license plate designations?
10   A   Yes, my license plates, yes.  And in the
11   visor it has, "VA Disabled Veteran."
12   Q   And they have you at a hundred percent
13   disability because of the anxiety and depression in
14   the other injury you had while in the Army?
15   A   Yes, ma'am.
16   Q   Do you currently smoke?
17   A   No, ma'am.
18   Q   Have you ever smoked?
19   A   Yes, ma'am.
20   Q   And when was that?
21   A   I smoked for 25 years.
22   Q   When did you quit?
23   A   About six months ago.
24   Q   When you were smoking, how many cigarettes
25   would you smoke a day?

Page 34

1   A   Just no reason.  Just woke up one morning,
2   said I "didn't want to drink anymore."
3   Q   Have you ever been treated for any type of
4   drug abuse problems?
5   A   No, ma'am.
6   Q   Have you ever been arrested?
7   A   Yes, ma'am.
8   Q   And when was that?
9   A   19 -- 19 -- 1994.
10   Q   That would've been in California?
11   A   Yes, ma'am.
12   Q   And what were you arrested for?
13   A   Drug trafficking.
14   Q   Did that arrest result in any criminal
15   conviction?
16   A   I received a felony, no jail time.  Just
17   restitution and probation.
18   Q   And how long were you on probation?
19   A   Twelve years.
20   Q   And did you successfully complete your
21   probation?
22   A   Yes ma'am.  Thank you, Jesus.
23   Q   And have you been arrested since 1994?
24   A   No, ma'am.
25   Q   Have you ever been charged with any other

Page 36

1   A   Half a pack a day.
2   Q   And why did you quit smoking six months ago?
3   A   It was contributing to my GI issues that I'm
4   currently going through.
5   Q   Do you use any other tobacco products?
6   A   No, ma'am.
7   Q   Did you ever use any other tobacco products?
8   A   Yes, ma'am.
9   Q   What other tobacco products did you use?
10   A   I used to smoke marijuana.  For years.
11   Q   Did you ever do like chewing tobacco?  Like
12   the dip?
13   A   No.
14   Q   Do you drink?
15   A   No, ma'am.
16   Q   Have you drunk in the past?
17   A   I haven't had a drink in ten years.
18   Q   Did you have like an alcohol abuse problem?
19   A   No, ma'am.  Just an everyday social drinker.
20   Q   And why did you --?
21   A   At least that's what --.
22   Q   Go ahead.
23   A   That's what I thought.
24   Q   And I was going to ask why did you quit
25   drinking?

Page 35

1   felonies or misdemeanors?
2   A   Domestic violence misdemeanor.
3   Q   And when was this?
4   A   That would've been in --.  That would've
5   been in the '90s too, in San Diego.
6   Q   And did you have to serve any jail time for
7   that?
8   A   Two days here, three days here.  Long
9   story --.  Nothing --.  Never serious.
10   Q   Oh, sorry.  You kind of broke up.  What is
11   the last --?
12   A   I said, "Just a couple days here and there.
13   Just nothing never serious."  Mostly behind arguments.
14   Q   Okay.  So other than the felony for drug
15   trafficking and the misdemeanor for the domestic
16   violence, have you had any other criminal convictions?
17   A   No, ma'am.
18   Q   Do you remember what day of the week your
19   accident at Kroger happened?
20   A   No, I don't.
21   Q   But do you recall that it happened on July
22   1, 2020?
23   A   Yes, ma'am.
24   Q   Can you explain to me what happened that day
25   when you entered the Kroger store?

Page 37

10 (Pages 34 - 37)

Page 38:

1    A   I came in that morning early 'cause I always
2  do my shopping early.  I try to get my shopping done
3  before eight o'clock.  And I went in to get some apple
4  cider vinegar.  I went to the --.  When I went down
5  the aisle and found it --.  Well, I didn't know
6  exactly where it was but I know it was on the right
7  aisle.  Just didn't know where it was sitting on the
8  aisle.
9        A young man, a stocker, was on there,
10 stocking the aisle at the time.  He pointed to where
11 it was.  I picked it up with my left hand.  I turned
12 right to put it in my cart that was on my right side.
13 When I went to turn to put it in my cart, my feet
14 slipped out from underneath me.  The apple cider
15 vinegar went over my head and busted on the floor.
16 Left my legs up underneath the cart.
17    Q   Okay.  So I'm going to go by your statement
18 sentence by sentence.  So you said you came in "early
19 morning."  Do you know when approximately that
20 would've been?
21    A   It had to --.  It had to be between seven
22 and eight because those are my regular times going to
23 the grocery stores.  I try to get in there before
24 everyone starts doing their shopping.
25    Q   And so when you went in there, were you

Page 39:

1  doing like a whole list of grocery shopping or did you
2  go in just for the apple cider of vinegar?
3    A   I was just going in for the apple cider
4  vinegar but I had a cart because I knew I may end up
5  picking up something else.  But my ultimate goal was
6  to go there and get the apple cider vinegar.
7    Q   And so you had a full size cart, like the
8  ones that you push?
9    A   Yes, ma'am.
10   Q   And so approximately how long had you been
11 in the store before you made it down to the aisle
12 where the vinegar was?
13   A   I came right on in.  I couldn't have been
14 less than a minute or so.  I came right into the
15 store, went straight to the aisles.
16   Q   And so you said you "knew the aisle that it
17 was in but not where it was on the aisle."  Is that
18 correct?
19   A   Yes, ma'am.
20   Q   And so when you figured out where it was on
21 the aisle how, I guess, far or close was it down the
22 aisle?
23   A   It was maybe three quarters the way down the
24 aisle.  I was close --.  I was closer to the end of
25 the aisle than at the beginning where I -- where I

Page 40:

1  entered.
2    Q   So when you were walking down the aisle
3  looking for the vinegar, were you looking straight
4  ahead?  Were you looking down at the ground?  Were you
5  looking at the items on the shelf?  Where were you
6  looking?
7    A   I was looking at the shelves where the
8  stocker directed me to find the vinegar, the item that
9  I was looking for.
10   Q   And where was the stocker?
11   A   He was --.  When I came down the aisle, I
12 passed him.  So that would've put him on my left and I
13 would've been on the right.  So he was on the right of
14 me -- he was on the left of me -- at -- the whole
15 time.
16   Q   And was he closer to, I guess, the beginning
17 of the aisle when you first entered or was he --?
18   A   No, he was basically --.  He was just like
19 next -- right -- right next to me.  Maybe three --
20 maybe three -- four feet.  He was right there.
21   Q   Okay.  So just to be clear, so you walked
22 down the aisle and as soon as you turned down the
23 aisle, did you ask the stocker where the vinegar was
24 or did you look around first?
25   A   I came down and I knew, kind of, I knew

Page 41:

1  where the vinegar was, I just didn't know where that
2  particular one was.  So when I got close to him, I
3  just -- instead of me just going to look -- I asked
4  him, I said, "Where's your vinegar," and he pointed me
5  right to it.
6    Q   Were you with anyone in the store?
7    A   No, ma'am.
8    Q   Were you on the phone with anyone?
9    A   No, ma'am.
10   Q   Were you texting anyone?
11   A   No, ma'am.
12   Q   So this is going to be exaggerated but can
13 you explain to me again, I guess, as detailed as you
14 can, what happened once you pointed and said, "You
15 know, there's the vinegar."  What happened next?  Kind
16 of step by step by step, as detailed as you can.
17   A   When he pointed to the vinegar, I went to
18 that little area.  I picked the --.  I picked the jar,
19 I mean the bottle, the jar of vinegar up, turned to my
20 right to put it in my basket, in the top of the
21 basket.  Not bottom but the top of the basket.  But I
22 never got there.
23        I reach to take it, I took it off the shelf,
24 I turned right to put it on the shelf, that's when my
25 feet fell off from underneath me.  And the vinegar

Anthony Hale
September 30, 2022

1  bottle went behind me and busted on the floor and
2  that's when --.  And that left me up underneath the
3  cart.
4      Q    And when you say, "That left you underneath
5  the cart," what do you mean by that?
6      A    When I --.  When I fell and I --.  And --
7  and -- whatever was wet there, I slipped.  My leg
8  ended up underneath the cart.
9      Q    Was it one leg?  Both legs?
10     A    It was both of them but I only injured --
11  but I only injured the -- the -- left shin on the top.
12  I had an abrasion.
13     Q    And so you described it as that your "feet
14  fell from underneath you."  Do you know what caused
15  your feet to "fall from underneath you"?
16     A    It was something wet on the floor.
17     Q    And did you see what that "something wet on
18  the floor" would've been before or after you fell?
19     A    I'm not sure.
20     Q    Do you recall seeing at any point that
21  something wet was on the floor?
22     A    No, ma'am.
23     Q    So if you didn't see or if you don't recall
24  seeing anything wet on the floor, how do you know that
25  it was something wet on the floor?

Page 42

1      A    Excuse me?
2      Q    I said, "So if you didn't recall seeing
3  anything wet on the floor, how do you know that there
4  was something wet on the floor?"
5      A    Well, once -- once -- I --.  Once I turned
6  and put the car -- put the -- in my cart and I
7  slipped, I could feel, you know, on my hands that
8  there was -- there was -- something wet once I fell.
9      Q    I believe you mentioned that when you fell
10  that the "vinegar went behind you and busted on the
11  floor."  Is that correct?
12     A    Yeah, it went behind me.  Yes, ma'am.
13     Q    And so when you "fell to the floor" and you
14  could "feel something wet," then is it possible it
15  could have been the vinegar that busted when you fell?
16         MR. TODD:  Form.
17     A    Nope.  I had already --.  I had already --.
18  I was already into --.  I was already into my fall, my
19  slip.  So evidently it had already been wet because I
20  was already in --.  I was already into my fall when I
21  was hit going down.  That's when the vinegar went
22  behind me and busted behind me.  It wasn't even close
23  to where I was with the part where I was -- was -- on
24  the.
25     Q    You never saw anything on the floor.

Page 43

1      A    No, ma'am.
2      Q    Okay.  Whatever was wet on the floor, do you
3  know if it was clear or if it had a color?
4      A    No, ma'am.
5      Q    Do you know if whatever was what on the
6  floor, did it have an odor?
7      A    No.  I'm not sure.
8      Q    Could you describe the texture of whatever
9  was wet on the floor?
10     A    No, ma'am.
11     Q    I believe you mentioned that when you fell,
12  your "hand" fell into whatever was wet on the floor?
13  Is that correct?
14     A    Well, when I fell to --.  When I fell, to
15  get up, you know, I had to use my right hand to get
16  up.  My right arm to get up, to lift me.  So it was
17  wet but I like I said, I don't know what it was.  By
18  the time the gentleman that was right next to me --
19  but it went so fast -- by the time he --.  I fell, he
20  came to help me up but I was like already halfway up
21  using my cart to get -- to get -- back up to my feet.
22     Q    And so when you used your right hand to get
23  up and you said that it was "wet," did it feel a
24  certain way or did it smell any type of way?
25     A    I -- I -- couldn't tell.  I just know it was

Page 44

1  wet, a wet liquid.  That was it.
2      Q    And so when you when your "feet fell from
3  underneath you," I guess, what part of your body
4  would've hit the ground first?
5      A    My lower back.
6      Q    I assume you couldn't brace yourself?
7      A    I tried.
8      Q    Go ahead.
9      A    I tried.  I tried to brace myself.  Just, it
10  happened so fast.
11     Q    And then after, I guess, your lower back hit
12  the ground, what would've hit the ground next?
13     A    My arms 'cause my feet were already up
14  underneath or they were headed that way because I had
15  two free hands left.  After that, once I was down on
16  the floor, I had two free hands left after the vinegar
17  went up in the air behind me.
18     Q    And when you say the "vinegar went behind
19  you," would it have went near the front of the aisle
20  or near the back of the aisle?
21     A    The back of the --.  The back of the aisle
22  because I was turning right.  And that would've
23  put --.  Turning right would've took me back towards
24  the beginning of the aisle where I came down.  When I
25  turned right, it went behind me so that would've been

Page 45

12 (Pages 42 - 45)

1  on the -- toward the -- end of the aisle.
2      Q    And so, I guess, when you said you went to
3  get up, you got up on your "right hand"?
4      A    Yes, I used both hands to get up.  Sure.
5      Q    And so where was the shelf in relation to
6  where you fell and hit the ground?  Like were you
7  right next to it?  Where were you?
8      A    Right next to it.  I mean, if you looking at
9  a shelf, you grabbing something off the shelf, you --
10  you -- got your cart right next to you.  Just --.  You
11  going to turn to put it in your basket.  That's
12  exactly --.  That's how close that was.  Barely a half
13  a step.
14      Q    So when you fell, did you fall into the
15  shelf or no?
16      A    No, I didn't fall into the shelf because I
17  was turning away from the shelf.
18      Q    And where was the cart?  Was it like in
19  front of you or was it one of the ones that pull like
20  this?  So it would've been behind you?
21      A    It was right on my side.  It was right on
22  the side of me.  On the right side of me.  But what I
23  did was I actually turned the basket back to the --.
24  I turned the basket going back towards the entrance of
25  the aisle that I came down because that's the only

Page 46

1  thing that I wanted on that aisle so when I got there,
2  I'd already turned the basket around to go back the
3  way that I came.
4          That's the reason why the basket was faced
5  that away.  That's how I fell underneath it when I
6  went to, you know, grab it, and go get the -- off the
7  shelf -- and go right.  My basket was pointing the
8  opposite direction because that's all I was getting.
9  I don't know if you can see that but visualize it.
10      Q    Okay.  Actually, I do have something that
11  might help us with that.  Okay.
12          MS. DAVIS:  Is my share screen enabled?
13          THE REPORTER:  Yes, ma'am.
14          MS. DAVIS:  Okay.
15          THE REPORTER:  Is this going to be your
16  Exhibit 1?
17          MS. DAVIS:  Yes.  We can go ahead and
18  label that as Exhibit 1.
19          (Exhibit 1 was marked for
20          identification.)
21  BY MS. DAVIS:
22      Q    Okay.  Mr. Jones, can you see my screen?
23      A    Yes, ma'am.
24      Q    Okay.  So this is a photo that Kroger
25  produced as part of our disclosures.  So there's two

Page 47

1  photos.  There's this one -- and I can zoom in on
2  these as well -- and this one.  Is this the aisle that
3  you were on when your accident happened?
4      A    Okay.  So I'm on a --.  I'm on a vinegar
5  aisle.  Now I can't say this is that particular aisle.
6  They reset.
7      Q    Because of what now?
8      A    Because they do resets.  Meaning that just
9  because it's on this aisle now doesn't mean it's going
10  to be on this aisle next year or eight months from now
11  when they go in and redo stuff, so.  But if it is this
12  aisle, like I said, on the left side.  Actually, it
13  was on my right side and I was pointing that
14  direction.
15      Q    Okay.  Okay.  So I believe this is where the
16  vinegar is.
17      A    Yeah.
18      Q    Where I'm kind of drawing this circle at
19  with my mouse, would that have been the area you
20  would've grabbed the apple cider vinegar from?
21      A    Yes, ma'am.
22      Q    Okay.  And so you were -- let me zoom back
23  out for a second.  So you were coming down the aisle
24  headed this way.  Is that correct?
25      A    Yes, ma'am.

Page 48

1      Q    Okay.  And you were closer to the shelf and
2  your basket would've been --.
3      A    Right in that area.  Yes, ma'am.
4      Q    And so you went to grab the vinegar with
5  your "left hand"?  Is that what you said?
6      A    Yes, ma'am.
7      Q    Okay.  And then you turned --.
8      A    To put it in my cart that was on my right.
9      Q    And then this, I guess, would've been the
10  area where your feet came from underneath you?
11      A    It would've been over more to your right
12  because I'm standing right there.  So the cart is like
13  where the arrow is.  The cart's kind of like in that
14  area.  But I had to turn right to put it in the cart
15  'cause I already had my cart coming back the opposite
16  direction 'cause that's the only thing that I needed
17  on that aisle.
18      Q    Okay.  Right.  So the cart was facing back
19  in this direction?
20      A    Yes, ma'am.
21      Q    And so about right here is where like I
22  said, your feet would've come from underneath you.
23  Right here?
24      A    Yes.  Exactly.  Yes, ma'am.
25      Q    Okay.  And I don't think this gets the angle

Page 49

13 (Pages 46 - 49)

1  but I was going to ask, where would the stocker
2  gentleman have been?  This picture may be better.
3      A   Roughly -- roughly -- right there in that
4  area.  In that same --.  In that area.  From the
5  vinegar back towards those aluminum pans back to --.
6  He was all --.  He was just in that area.  He was
7  right next -- right next -- to me on my left.  He had
8  that whole area --.  He had that whole area just, you
9  know, boxes and stuff everywhere.
10     Q   Okay.  So there were boxes here?
11     A   Yeah, he was stocking the shelves at that
12 time.
13     Q   Okay.  So this can be Exhibit 1 because this
14 is what we talked about first and then this can be
15 Exhibit 2.  So I'm going to stop sharing my screen.
16 What type of shoes were you wearing at the time of the
17 accident?
18         (Exhibit 2 was marked for
19          identification.)
20     A   I was wearing tennis shoes.  That's all I
21 ever wear.
22     Q   In what condition were those tennis shoes?
23     A   Oh, I know for a fact they was in good
24 condition 'cause I'm a tennis shoe freak.  So I
25 already know they were in probably 100 percent

Page 50

1  condition.
2      Q   Do you still have those same tennis shoes
3  that you were wearing at the time of the accident?
4      A   No.  I don't remember which ones I was
5  wearing.  No, I just know they --.  No, I don't.  I
6  just know they probably were Adidas, but no.
7      Q   Is Adidas one of your brands?
8      A   Yeah, that's all I wear.  Yes, ma'am.
9      Q   Do you have a prescription for glasses or
10 contacts?
11     A   Yes, ma'am.
12     Q   And were you wearing your glasses or
13 contacts at the time of the accident?
14     A   I was wearing my glasses at the time.  And
15 then, you know what?  I'm not sure.  I'm not sure if I
16 wore my glasses at that time.  I'm not sure because I
17 can --.  I can --.  I need my glasses to read so I can
18 actually see without them.  But they're just so I can
19 get comfortable with my eyes.  But I'm not sure if I
20 had them on that particular morning though.  I'm not
21 sure.
22     Q   So you said you can "actually see without
23 your glasses"?
24     A   Yes.  I need them to read.
25     Q   So the possibility of you not wearing your

Page 51

1  glasses that morning, would that have contributed in
2  any way to you not seeing what was wet on the floor?
3         MR. TODD:  Form.
4      A   No.
5      Q   Do you have any reasons to believe that
6  anyone at Kroger would've known about the wet
7  substance on the floor before you fell?
8      A   Excuse me?
9      Q   I said, "Do you have any reasons to believe
10 that anyone at Kroger knew about the substance that
11 was on the ground before you fell?"
12     A   The stocker right there.
13     Q   Sorry.  Could you repeat that?
14     A   I said, "The stocker."  He was right there.
15     Q   And what does that mean?
16     A   He should have known there was something on
17 the floor.
18     Q   And why do you think he "should have known
19 something was on the floor"?
20         MR. TODD:  Form.
21     A   Doing his job.
22     Q   But you didn't see that it was anything on
23 the floor though, before the fall happened; correct?
24         MR. TODD:  Form.
25         MS. DAVIS:  Sorry.  Did you say

Page 52

1  something?  Mr. Jones, can you hear me?
2         THE WITNESS:  Yeah, I can hear you now.
3  BY MS. DAVIS:
4      Q   Okay.  Did you hear my question or do I need
5  to repeat it?
6      A   Repeat it.
7      Q   I said, "But you didn't see anything that
8  was on the floor."  Is that correct?
9         MR. TODD:  Form.
10     A   No, I didn't see anything.
11     Q   And did you not see anything on the floor
12 because you weren't paying attention?
13         MR. TODD:  Form.
14         THE WITNESS:  I was --.  I was just
15 going for my item.
16         THE REPORTER:  Mr. Todd, did you say
17 "form"?  I can barely hear you.
18         THE WITNESS:  Excuse me?
19         MS. DAVIS:  I believe he did.
20         THE REPORTER:  Thank you.
21 BY MS. DAVIS:
22     Q   So moving on a little bit.  So when you got
23 up and you said the stocker came to help you up but
24 you were already partially up.  What happened next
25 after that?

Page 53

14 (Pages 50 - 53)

Page 54

1  A  He just came over me, asked me was I okay.
2  And I said, "I'm not sure."  And he said, I'm --
3  I'm -- going to go get a manager.  And I said, "I'm
4  okay.  I can walk up to the front."
5  Q  Okay.  So did you wait for a manager to come
6  to you or did you walk up to the front?
7  A  I -- I -- walked up to the front.
8  Q  Did you need any assistance as you walked to
9  the front?
10  A  No, I was --.  The stocker, he was --.  I
11  believe he walked with me but I was still holding onto
12  my cart.  I don't know how long I continued to, you
13  know, with the cart until I got front.  I don't know
14  how far I went but I eventually went up front and
15  waited on the manager.
16  Q  And how long did you have to wait on the
17  manager?
18  A  Twenty minutes.
19  Q  And then what happened when the manager
20  arrived?
21  A  He came and talked to me.  I told him what
22  happened.  He told me he'll get a form for me to fill
23  out.  And then I asked him about what he needs to do
24  and he said, "I'll fill my mine out and turn them both
25  in."

Page 55

1  Q  So you filled out a form at that time?
2  A  Yes, ma'am.
3  Q  And did you fill out the form in front of
4  the Kroger manager or did you leave to do it or how
5  did you fill?
6  A  Right there in front of him.
7  Q  And about how long did that take?
8  A  About five minutes.
9  Q  And then what happened next after you filled
10  out the form?
11  A  He told me that he would turn it in and that
12  I would -- would -- be hearing -- hearing -- from
13  someone from Kroger's.
14  Q  And then what else, if anything, did you
15  talk about with the store manager?
16  A  Nothing else.  I left and was waiting on
17  Kroger's to contact me.
18  Q  So after the conversation with the store
19  manager, you left the store?
20  A  Yes, ma'am.
21  Q  How was your interaction with the store
22  manager?  Was he nice to you?  Did he, you know, ask
23  if you were okay?  Ask if you needed any emergency
24  treatment?
25  A  He didn't ask me if I was okay or anything

Page 56

1  but he didn't ask me nothing like that.  He just
2  basically told me, "Fill out this form and I'll turn
3  it in."  He was kind of busy, which I knew he was
4  because they trying to get the store still ready to
5  open 'cause they're still not ready.
6  Q  What time does that particular Kroger store
7  open?
8  A  I don't know.  Sometimes they vary.  I've
9  been going there forever.  Sometimes they vary.
10  Sometimes I think they open up at six in the morning.
11  Sometimes I've went there as late as three in the
12  morning.  So I don't know how their hours are.  I just
13  know they open early.
14  Q  And so they were open when you went in for
15  the vinegar?
16  A  Yes, ma'am.
17  Q  Other than the stocker that was on the aisle
18  with you and the Kroger store manager, did you speak
19  with any other employee at Kroger that day?
20  A  No.
21  Q  And so after you left the store and the
22  store manager said that you'd be "hearing from
23  Kroger," did you have any communication with anyone
24  from Kroger after you left the store?
25  A  Yeah, someone called me -- and I don't

Page 57

1  remember her name -- but someone called me and asked
2  me what had happened.  And I explained it to her.  And
3  then she -- she -- asked me, "Is there anything that
4  Kroger's can do for me?"  And I told her at the time,
5  I "didn't know" that I will "touch bases with her at a
6  later time."
7  Q  And what was her response to that?
8  A  She just said, "Okay," left me her name.
9  Made sure I had her name and her number.  But like I
10  said, I don't have it anymore.
11  Q  And so after you spoke with the woman that
12  time, had you spoken with anyone else from Kroger
13  after that?
14  A  No, ma'am.
15  Q  Okay.  So other than the day of your
16  accident and then the follow up call that you
17  received, did you have any other communication with
18  anyone from Kroger?
19  A  No, ma'am.
20  Q  And did you have any written communication
21  with Kroger?
22  A  No, ma'am.
23  Q  Do you know about how long after your
24  accident you were contacted by the woman you spoke
25  with?

1    A   No, I'm not sure.  It was in the next --.
2  It was within two days.
3    Q   What parts of your body are you claiming
4  were injured as a result of the accident at Kroger?
5    A   My lower back and the contusion that I had
6  on my left shin.
7    Q   At the time of your accident, did you
8  request any like emergency medical services?
9    A   When I --.  After the accident, I -- I --
10  don't know, maybe an hour, a couple hours, something
11  like that, I went to the emergency room at North
12  Cypress.
13    Q   But while you were at Kroger, did you
14  request --?
15    A   No, ma'am.  No, ma'am.
16    Q   Okay.  So you said about an hour later after
17  your fall you went to the ER at North Cypress?
18    A   Yes, ma'am.
19    Q   And how did you get there?  Did you drive
20  yourself or?
21    A   Yes, I drove.  I drove myself.  Yes, ma'am.
22    Q   And when you presented to the emergency
23  room, what did you tell them was the problem?
24    A   I just told them, basically I had a slip and
25  fall at Kroger's and my lower back is bothering me.

Page 58

1  And they --.  And they could see the contusion on
2  my -- my -- left shin.
3    Q   And so what did they do for you when you
4  complained that your low back was bothering you and
5  the contusion on your shin?
6    A   Just gave me --.  Told me what to do about
7  the contusion and gave me nothing for that.  Gave
8  me --.  I believe they gave me --.  I don't know if
9  they gave me prescriptions for some ibuprofen or
10  something like that.  May have.  But wanted me to --
11  wanted me to see a doctor.
12    Q   Wanted you to "see a doctor" for what?
13    A   For my back.
14    Q   Do you know what doctor that was?
15    A   Dr. Myers at Methodist Hospital.  Katy.
16    Q   And did you follow up with Dr. Myers?
17    A   Yes, ma'am.  I did.
18    Q   And when would that have been?
19    A   Well, I followed up with him shortly after
20  that.  I haven't spoke with him in a while after my
21  last visit with him.
22    Q   Do you recall when your last visit with him
23  was?
24    A   No.  Maybe September last --.  I don't know
25  if it was --.  It wasn't --.  It wasn't last year.  I

Page 59

1  don't know.  2021.  Maybe 21 of September?  I'm not
2  sure.  Everything should be in -- documented.  I'm not
3  sure right off top of my head.
4    Q   Okay.  So let's kind of go back in
5  chronological order.  So the day of the accident, so
6  that would've been July 1, 2020, you went to the ER at
7  North Cypress Hospital.  Is that correct?
8    A   Yes, ma'am.
9    Q   Okay.  And then we also have record that you
10  went back to the emergency room at North Cypress on
11  July 11, 2020.  Is that correct?
12    A   I'm not sure because I've had so many visits
13  at North Central Emergency Room because of my GI
14  issues in the last five years.  It's just --.  It's
15  tons.  Probably 30, 40 times.  So I'm not sure.
16    Q   Do you know, I guess out of those visits
17  that you've had to North Cypress, how many visits
18  would've been associated with your low back pain?
19    A   Maybe one after the initial.
20    Q   Okay.  And then so did you seek any
21  treatment between when you visited the ER and when you
22  went to see Dr. Myers?  Related to the accident, I
23  should say.
24    A   No.  No.
25    Q   So the medical records that we have produced

Page 60

1  from your attorney shows that you went to Dr. Myers in
2  September 2020 -- the first visit, I should say.  Does
3  that sound familiar?
4    A   Yes.
5    Q   Okay.  And so you said were referred to
6  Dr. Myer [sic] from the emergency room at North
7  Cypress?
8    A   Yes, ma'am.  Well, it wasn't --.  It wasn't
9  that they -- they -- referred me.  It's that at the
10  time I still --.  At the time I still had my work
11  insurance.  So I still had United Healthcare and I
12  just --.  I -- I -- went and found Dr. Myers myself.
13    Q   Okay.  So you found Dr. Myers by yourself
14  because he was in the network of your previous health
15  insurance?
16    A   Yes, ma'am.
17    Q   Had you ever been to Dr. Myers before?
18    A   No, ma'am.
19    Q   And so when you went to Dr. Myers, what did
20  you what did you complain of to him?
21    A   I just --.  I complained about my -- my --
22  lower back, extremities.  And he took some x-rays and
23  did an MRI.  And I don't know exactly what he said but
24  he said there was some --.  There were some "issues."
25  But he also said that there was some "existing issues

Page 61

16 (Pages 58 - 61)

Atkinson-Baker, A Veritext Company
(818) 551-7300                          www.veritext.com

1  also," underneath what had happened. 'Cause he said
2  he "could tell where I took the fall."  And then he --
3  he -- came down and said, "Well, to alleviate
4  everything," he says, "I don't suggest surgery."  He
5  said, "I would recommend the -- the -- steroid shots."
6  But he said he "only would recommend that if my
7  exercises that I do -- and stretching -- didn't, you
8  know, work.  You know, didn't help."
9      Q    Okay.  So just backing up for a second.  So
10  the first time you would've saw Dr. Myers and
11  complained to him about your low back pain, is this
12  when he would've took the x-rays and the MRI?
13      A    He would've did the --.  He would've --.  He
14  may have did the x-rays that day; I'm not sure.  But
15  not the MRI.  The MRI would've came later.
16      Q    Okay.  And so after, I guess, the initial
17  visit with Dr. Myer [sic], you would've come back for
18  the MRI.  Is that when he went over the results with
19  you?
20      A    Yes, ma'am.
21      Q    And what was your understanding of those
22  results?
23      A    That it could require surgery but he didn't
24  want to do it.
25      Q    He said he would "do it if I wanted him to

Page 62

1  do it," but he say he "don't want to."  He said, "I
2  would rather you are exercising, stretching, trying to
3  build muscle stuff up back there that doesn't --."
4  Then he said I could, you know, "come in and get a --
5  a -- shot."
6      Q    And when you said that it "could require
7  surgery," like what are you referring to that could
8  require surgery?
9      A    Something to do with the vertebra in my
10  back.
11      Q    And did Dr. Myer [sic] say that that was
12  caused by the fall that happened at Kroger?
13      A    He never told me that.  He just told me that
14  he could see where the contusion or whatever he felt.
15  He said he could see that to where --.  You know,
16  where --.  From where I fell.  He could see that.  But
17  he seen beyond that also.
18      Q    So if your first visit to the ER would've
19  been in July 2020, and then when you saw Dr. Myer
20  [sic], according to Dr. Myers and according to our
21  records, was in September 2020, do you know why you
22  waited in between time to go see Dr. Myer [sic]
23  initially?
24      A    Just trying to --.  Where I was going and
25  trying to get it.  Trying to get an appointment.

Page 63

1      Q    Okay.  So between that time you were trying
2  to get an appointment?
3      A    Yes.
4      Q    And during that time were you experiencing
5  pain in your lower back?
6      A    Yes.  A lot of tightness.
7      Q    And what were you doing to alleviate that
8  tightness?
9      A    Excuse me?
10      Q    I said, "And what were you doing to
11  alleviate that tightness," for the time being?
12      A    I was trying to walk more and trying to do
13  the stretches that -- that -- they have me to do.
14      Q    And when you say, "Trying to do the
15  stretches they had you to do," are you referring to
16  when you went to the emergency room?
17      A    No, I'm talking about once I seen Dr. Myers.
18      Q    Okay.  Well, my question was, while you were
19  waiting to get the appointment with Dr. Myers, what
20  were you doing to alleviate it?
21      A    Oh, I was --.  I was doing absolutely
22  nothing because I was down already anyway.  I wasn't
23  feeling well.
24      Q    And when you say you were, "down already
25  anyway and not feeling well," what do you mean?

Page 64

1      A    GI issues.
2      Q    Okay.  So once you did get in to see
3  Dr. Myers did he -- ? I believe you mentioned he said
4  he wanted you to "try like different exercises and
5  stretches."  Did he send you somewhere for that or did
6  he give you like an at home routine?
7      A    He gave me a home routine and he sent me to
8  -- sent me to -- a physical therapy.  I don't know the
9  name of the place right off but I had quite a few
10  visits.
11      Q    Does Star Therapy Services sound familiar?
12      A    That's it.  Yes, ma'am.
13      Q    So our records show that you first visited
14  there in September 2020 and you had 13 visits between
15  then and October 2020.  Does that timeline seem
16  familiar?
17      A    Yes, that sounds about right.
18      Q    And what would you have done during these
19  visits when you were at Star Therapy?  Like walk me
20  through what one visit looked like.
21      A    Just basically just leg --.  Just basically
22  just leg stretches and stretching my back and my legs.
23  That was it.  But initially when I first come in, I
24  would --.  I would warm up on the bicycle.  And then I
25  would go on the table and then they -- they-- would

Page 65

17 (Pages 62 - 65)

**Page 66**

1  stretch --. They would stretch me. Stretching my
2  limitations.
3      Q    Okay. So each time you went in, did you do
4  something different? Did you do some of the same
5  stuff?
6      A    Basically the same stuff every time. Some
7  sessions were just longer than others.
8      Q    And during these visits did you feel the
9  pain in your lower back decrease at any at any point?
10     A    It helped off and on. It helped.
11     Q    And also during this time we had record that
12 you went back to see Dr. Myers for a total of two
13 times. What did those subsequent visits consist of?
14     A    Well, the first one was initial. Then the
15 second time is when we went -- when he went over all
16 the results from -- from -- all the reports. And
17 that's when he told me. That's when he gave me my
18 options. That's the last time I seen him when he gave
19 me those -- those -- three options.
20     Q    And you said that that was the last time you saw
21 him?
22     A    Yes, ma'am.
23     Q    And so the "three options" would've been?
24 You tell me what would those three options were?
25     A    The surgery, shot, and the exercise. The

**Page 67**

1  stretching exercises.
2      Q    And so after you saw Dr. Myers, when he
3  presented you with those three options, did you have
4  to make a decision or what was I guess the process
5  for?
6      A    He told me --. Yeah, he told me to just --.
7  That he --. What he wanted --. What he --. What I
8  wanted him to do. Because he said it was --. It was
9  -- would be -- a serious thing and especially with my
10 age. And I told him, "Well, I'll just go with the
11 stretching and see if that helps. If that doesn't
12 help, then I'll -- I'll -- go with the -- the --
13 shot."
14     Q    Okay. So you continued with the physical
15 therapy after he presented you with those three
16 options; correct?
17     A    Yes, ma'am.
18     Q    And then like I said we have record that you
19 continued until about the end of October 2020. Does
20 that sound familiar?
21     A    Mm hmm.
22     Q    Was that a "Yes"?
23     A    Yes. I'm sorry. I'm sorry. Yes. Yes,
24 ma'am. I'm sorry.
25     Q    No worries. And so once we got to the end

**Page 68**

1  of October 2020, were you released from physical
2  therapy or did you stop going to physical therapy?
3  How did you, I guess, part ways?
4      A    Yeah. Yeah. I was released. The insurance
5  company, they didn't give me anymore 'cause I was
6  being covered by United Healthcare. 'Cause even
7  though I wasn't working, I still had insurance for a
8  little while still.
9      Q    And this would've been the time that you
10 were furloughed while you were at Corporate?
11     A    Yes. Yes, ma'am.
12     Q    And so after your last physical therapy
13 appointment, how would you describe your lower back
14 pain?
15     A    Up and down. My bad days and my good days.
16 I feel all right today, I just have to limit my
17 mobility, what I'm doing.
18     Q    And so other than the visits to North
19 Cypress, the visits with Dr. Myers, and your physical
20 therapy at Star Therapy Services, did you have any
21 other treatment for your low back pain?
22     A    No, ma'am.
23     Q    And do you plan on seeking any further
24 treatment for your low back pain?
25     A    Yes, ma'am.

**Page 69**

1      Q    And how do you intend to seek further
2  treatment?
3      A    I'm going to go back to -- to --. Go back
4  to Dr. Myers if it --. You know, if -- if -- it
5  starts to worsen than what it is. 'Cause like I said,
6  now it's -- it's -- back and forth. Couple, few weeks
7  ago I could barely move, you know, and then today I'm
8  -- I'm -- better. It's just --. It's back and forth.
9      Q    And has it been back and forth since you
10 stopped your physical therapy back in October 2020?
11     A    Yes, ma'am. I been coping in between that.
12 I've been -- been -- doing more of my own exercises
13 and stretching. I'm active still but I'm just trying
14 to --. I'm just trying to limit it.
15     Q    And you say you've been "trying to do more
16 of your exercise and stretching." And has that
17 helped?
18     A    It helps sometimes, yes.
19     Q    Can you describe to me how your accident at
20 Kroger has affected you?
21     A    Well, I mean, emotionally, I just --. I --.
22 I'm --. Because this did happen to me before and I
23 know I'm getting older. And I just --. I -- I -- pay
24 attention a lot. And when I go in stores now, I make
25 sure if there's something out of place or something

18 (Pages 66 - 69)

1 shouldn't be there, I'll go get the manager.  You
2 know, I'm just worried about when I'm going in places
3 now because this happened to me a couple times.  So it
4 -- it -- kind of sets me -- kind of sets me -- behind
5 when I want to go out and shop, you know?  It just --.
6 It's just --.  It's -- it's -- a mental thing and
7 it -- it -- bothers me a lot.  And so now honestly, I
8 don't even go out to the grocery stores.  I order
9 online.
10     Q   I guess, how it affected you emotionally,
11 has that manifested in any other physical problems?
12     A   Well, I mean, just my --.  Just my daily,
13 you know, mobility.  It just --.  It limits my
14 mobility at times.  And so, you know, I -- I --
15 just --.  Again, I'd be worried about picking up
16 things.  You know, making sure, you know, if I turn
17 this a way, if I turn that away.  So I --.  I'm
18 just --.
19         I'm just on the edge all the time of being
20 careful because I don't want to mess anything up more
21 than what it is.  That's one of the reasons I
22 basically just didn't go back to work.  Because it
23 would've been too much for me, physically.
24     Q   Were you taking any medications prior to
25 your accident at Kroger?

Page 70

1     A   No.  Yeah, no.  Maybe.  You know, maybe I
2 was.  Pantoprazole.  I was on pantoprazole.
3 There's --.  It's a pill for gas -- gastric.  That was
4 it.
5     Q   And are you currently taking any medications
6 now?
7     A   No.
8     Q   Were you ever prescribed any medication for
9 your low back pain?
10     A   Yes, I believe I was prescribed ibuprofen
11 but I couldn't take it so I just --.  I just used
12 Tylenol 'cause I can't take ibuprofen because of my GI
13 issues.
14     Q   Do you know the total amount of your medical
15 expenses that you had because of your low back pain?
16     A   No, ma'am.
17     Q   Do you take any medications on a routine
18 basis?
19     A   Not anymore, no.
20     Q   What about back in 2020?
21     A   Yes, I was taking pantoprazole every day.
22     Q   Were you taking any other medications
23 besides the pantoprazole
24     A   I was taking my anxiety medicine for anxiety
25 and depression.  I was trying to find the name of it

Page 71

1 but I don't --.  Oh, excuse me.  I'm sorry.  It's
2 called bupropion, B-U-R-P-H-I-N, I believe.  I'm
3 pretty close.  I can't find it but I was taking those.
4     Q   And do you still currently take those or no?
5     A   No, I stopped taking them.
6     Q   Is there any reason why you stopped taking
7 your anxiety medication?
8     A   Yeah, I need --.  I've been on medicine for
9 five years and every day for --.  I'm trying to get my
10 body rest.
11         MS. DAVIS:  Speaking of "rest," I think
12 we've been going a little bit more than my hour that I
13 promised that we would take a break.  So is everyone
14 good with taking about a five-minute break?
15         THE WITNESS:  Okay.
16         THE REPORTER:  All right.  We will be
17 off the record at 4:06.
18         (Off the record.)
19         THE WITNESS:  We are back on the record
20 at 4:18.
21 BY MS. DAVIS:
22     Q   Okay.  Mr. Jones, we went on about a
23 ten-minute break.  Do you understand that you're still
24 under oath?
25     A   Yes, ma'am.

Page 72

1     Q   Okay.  And before we went on break, I think
2 we were discussing your treatment from the accident
3 and then your resulting injuries from the accident.
4 And now I just kind of want to discuss your general
5 medical history for a second.  So prior to the
6 accident at Kroger had you ever experienced any low
7 back pain?
8     A   No.
9     Q   And I believe you said this but prior to the
10 accident at Kroger, had you ever visited North Cypress
11 Emergency Room before?
12     A   Yes.
13     Q   And I believe you mentioned that was
14 multiple times.  Is that correct?
15     A   Maybe two times for the -- for the --
16 incident but I visited that hospital numerous of
17 times.
18     Q   And what were those other "numerous times"
19 for?
20     A   Oh, mostly 99 percent were my GI issues.
21     Q   I mean, you've mentioned your GI issues a
22 couple of times during this deposition.  So why don't
23 we discuss that for a bit.  Can you tell me about
24 those?
25     A   I've been experiencing GI issue since 2018

Page 73

Page 74

1 where I can't eat but small meals if I eat at all. A
2 lot of gas, a lot of bloating. And that's what I've
3 been dealing with for the last four or five years.
4     Q    And do you have, I guess it'd be a
5 gastroenterologist?
6     A    Yes.
7     Q    And who would that be?
8     A    Dr. -- Dr. -- Mohan, North Cypress.
9     Q    Okay. And I guess about how often do you
10 visit Dr. Mohan?
11    A    Right now, it's every three months.
12    Q    And in addition to your gastroenterologist,
13 do you have a, like a family doctor, or just a general
14 practitioner that you visit?
15    A    PCP, primary care provider.
16    Q    And who would that be?
17    A    It's through the VA.
18    Q    And so is it a different like physician
19 every time you go?
20    A    No.
21    Q    Oh, it's the same person?
22    A    Yes.
23    Q    Okay. And what is their name?
24    A    Her name is Dr. Alex.
25    Q    Is that her first or last name?

Page 75

1     A    That's her last name.
2     Q    And do you know her first name by any
3 chance?
4     A    No, I don't know her first name.
5     Q    Prior to your accident at Kroger, had you
6 ever been treated by a physical therapist before?
7     A    Yes.
8     Q    And what was that in relation to?
9     A    That was in relation to my -- my --
10 shoulder. My right shoulder.
11    Q    So why did you visit the physical therapist
12 for your right shoulder?
13    A    Just tight, the tendons.
14    Q    And was that a result of an injury or just
15 older age?
16    A    Older age and the injury that I had at the
17 workers -- workers -- comp.
18    Q    And prior to your accident at Kroger, had
19 you ever been treated by an orthopedic doctor before?
20    A    Yes.
21    Q    And what would that have been in relation
22 to?
23    A    1980 --? 1985, 1986, 1987, 1988. Left
24 shoulder.
25    Q    And why did you have to see an orthopedic

Page 76

1 doctor for your left shoulder?
2     A    Fell playing basketball.
3     Q    Was this just recreationally?
4     A    Yes, ma'am.
5     Q    And then prior to this accident that
6 happened at Kroger, had you ever had any other x-rays
7 or MRIs?
8     A    I've had plenty. Not regarding that but
9 I've had plenty, yes.
10    Q    Okay. Were they in regard to your GI
11 issues?
12    A    Yes, ma'am.
13    Q    And then other than for your GI issues, did
14 you have any other MRIs or x-rays or CT scans?
15    A    No, everything is --. Everything is my
16 stomach.
17    Q    Have you ever had any other, I guess, muscle
18 or bone issues prior to the accident at Kroger?
19    A    No.
20    Q    We briefly discussed earlier that you had
21 anxiety and depression. Do you get counseling for
22 that?
23    A    Yes.
24    Q    And how regularly do you get counseling?
25    A    Every two months.

Page 77

1     Q    And that's also through the VA?
2     A    Yes, ma'am.
3     Q    And then who is your psychologist?
4     A    Dr. -- Dr. -- Dr. Alam.
5     Q    Do you buy any chance know how to spell
6 that?
7     A    A-L-A-M. Alam. Dr. Alam.
8     Q    And did you have to seek any psychological
9 counseling as a result of your accident at Kroger?
10    A    No, ma'am.
11    Q    Can you identify all the surgeries that
12 you've had up until July 2020?
13    A    Past surgeries?
14    Q    Yes, sir.
15    A    In 2020, I had stomach exploratory.
16    Q    That was right before the accident. Is that
17 correct?
18    A    Same year. Yes, ma'am.
19    Q    And then so other than the exploratory
20 stomach surgery, have you had any other surgeries?
21    A    No.
22    Q    Have you ever had knee surgery, shoulder
23 surgery?
24    A    Orthoscopic surgeries on my knees in the
25 '80s.

1    Q   You kind of broke up there for a second.
2  Could you repeat that?
3    A   Orthoscopic surgery on my knees in the '80s.
4    Q   And then why did you have to have the
5  orthoscopic surgery on your knees?
6    A   Removal -- removal -- of loose body.
7    Q   Removal of?
8    A   Loose body.  Just little pieces of
9  cartilage.
10    Q   Okay.  Okay.  And while you were employed at
11  Corporate Floor Restorations, did you have to
12  have a physical for your employment there?
13    A   No.
14    Q   Have you ever been diagnosed with diabetes?
15    A   No, ma'am.
16    Q   What about hypertension?
17    A   No, ma'am.
18    Q   How tall are you and how much do you weigh?
19    A   Five-eight and a half.  186.
20    Q   Has any of your healthcare providers ever
21  told you to lose weight?
22    A   Yes, ma'am.
23    Q   Have you ever been diagnosed with obesity?
24    A   No, ma'am.
25    Q   Have you ever been diagnosed with scoliosis?

Page 78

1    A   No, ma'am.
2    Q   Osteoporosis?
3    A   No, ma'am.
4    Q   Any heart problems?
5    A   No, ma'am.
6    Q   Any kidney or disease?
7    A   No, ma'am.
8    Q   Any acid reflux?
9    A   Yes, that's part of my GI.
10    Q   And then other than anxiety and depression,
11  any other psychiatric disorder?
12    A   No, ma'am.
13    Q   Have you ever been diagnosed with arthritis
14  or gout?
15    A   No, ma'am.
16    Q   Other than the accident at Kroger, and the
17  accident at Popeye's, and I guess the motorcycle
18  accident that would've happened back in the '80s that
19  we discussed earlier, have you had any other accident
20  that required you to seek medical attention?
21    A   No, ma'am.
22    Q   What was that?
23    A   No, ma'am.
24    Q   And then other than the slip and falls at
25  Popeye's and at Kroger, have you had any other slip

Page 79

1  and fall accidents?
2    A   No, ma'am.
3    Q   Either at home or?
4    A   No, ma'am.
5    Q   And then no other motor vehicle accidents
6  other than the one that happened in the '80s and the
7  fender bender that happened a few months ago?
8    A   Yes, ma'am.
9    Q   And then have you been involved in any
10  motorcycle accidents?
11    A   No.  That wasn't a motorcycle; that was a
12  car.  It wasn't a motorcycle in the '80s, it was a
13  car.
14    Q   And then other than the injury that happened
15  at Corporate with your shoulder, have you had any
16  other workplace injuries?
17    A   No.
18    Q   And then other than the injuries that we've
19  discussed today including the slip and Kroger, at
20  Popeye's, your work injury, the two car accidents,
21  have you been injured in any other way?
22    A   No.
23    Q   And I think I may have asked this but just
24  to save time for me to have to go through my notes,
25  did you have attorney assistance when you had your

Page 80

1  workers compensation claim?
2    A   Excuse me?  What did you say?
3    Q   I'm sorry.  I said, "I know I probably asked
4  this when we discussed it earlier but did you have
5  attorney assistance when you made your worker's
6  compensation claim?"
7    A   Yes.
8    Q   And could you recall the name of the
9  attorney or the firm?
10    A   It was --.  It was -- was -- Garcia but I
11  don't have it right off.
12    Q   Have you ever made a claim for unemployment
13  benefits?
14    A   Yes.
15    Q   And when was that?
16    A   That would --.  That would've been in 2020.
17  That would've been in 2020.  All this stuff was in
18  2020.
19    Q   And did you make the claim for unemployment
20  benefits due to the pandemic?
21    A   Yes.
22    Q   And that's while you were at Corporate?
23    A   Yes, ma'am.
24    Q   And for how long?
25    A   How long was I on unemployment?

Page 81

21 (Pages 78 - 81)

1    Q   Yes, sir.
2    A   I'm not sure.
3    Q   And did you have any attorney assistance
4  with your claim for unemployment benefits?
5    A   No.
6    Q   Have you ever made a Social Security
7  disability claim?
8    A   Yes.
9    Q   And when was that?
10   A   This past March.
11   Q   And why did you apply for Social Security
12  this past March?
13   A   I wanted to start early.  I wanted to start
14  my Social Security early.
15   Q   And is that still in process or has it been
16  granted or?
17   A   No, I withdrew two months ago.
18   Q   And why did you withdraw?
19   A   Just decided to wait for a year and a half
20  until I turn 62.
21   Q   Are you making a claim for lost wages in
22  this lawsuit against Kroger?
23   A   No, ma'am.
24   Q   Okay.  Did you take any photos?  I know you
25  mentioned that you had a contusion on your left leg or

Page 82

1  left shin.  Did you take any photos?
2    A   Photos that I took of that I sent to my
3  attorney.
4    Q   Okay.  So you did take photos and you sent
5  those to your attorney?
6    A   Yes.
7    Q   Did you take any other photos of your
8  injuries or of the scene of the accident?
9    A   No.
10   Q   Did you record any of the conversations that
11  you had with any of the Kroger employees?
12   A   Excuse me?
13   Q   I said, "Did you record any of the
14  conversations that you had with any of the Kroger
15  employees?"
16   A   No, ma'am.
17   Q   And other than the store manager, the
18  stocker, and the lady you spoke with a couple of days
19  after, you didn't speak with anyone else at Kroger
20  regarding the accident?
21       MR. TODD:  Form.
22  BY MS. DAVIS:
23   Q   You can still answer the question.
24   A   No, ma'am.
25   Q   I just want to circle back to your

Page 83

1  description of the incident.  When you spoke with
2  either the stocker or the store manager, did they tell
3  you that they knew that something was on the floor?
4       MR. TODD:  Form.
5  BY MS. DAVIS:
6    Q   You can still answer the question.
7    A   The question was?
8    Q   And I might have phrased it weird so let me
9  try and rephrase it.  So when you spoke with either
10  the store manager or the stocker, did either of them
11  indicate to you that they knew that there had been a
12  substance on the ground?
13       MR. TODD:  Form.
14   A   Not sure.
15   Q   Do you have any information about how long
16  the substance would have been on the floor?
17   A   No.
18   Q   Do you know if the substance was on the
19  floor 15 minutes before you came in?
20       MR. TODD:  Form.
21  BY MS. DAVIS:
22   Q   You can still answer.
23   A   I'm not sure.
24   Q   Do you know if the substance was on the
25  floor for one minute before you came?

Page 84

1       MR. TODD:  Form.
2    A   I'm not sure.
3    Q   When you spoke with either the stocker or
4  the store manager, did they tell you how long the
5  substance had been on the floor?
6       MR. TODD:  Form.
7    A   No one said anything.
8    Q   And do you know how, whatever substance was
9  on the floor, would've got there?
10       MR. TODD:  Form.
11   A   No.
12   Q   And so when you when you presented to
13  Dr. Myers in September 2020, did you tell him how the
14  accident happened?
15   A   Yes, ma'am.
16   Q   And do you recall what you told him?
17   A   I told him how the accident happened.
18   Q   And would you have told to him what you told
19  to me today?
20   A   Yes, ma'am.
21   Q   Okay.  Can you see my screen, Mr. Jones?
22   A   Yes.
23   Q   Okay.  So this is a record from Dr. Myers
24  that we obtained.  This is when you visited on
25  September 15, 2020.  So this would've been the initial

Page 85

22 (Pages 82 - 85)

1  visit according to our records.  And this is your
2  complaint.  And then this is the description that he
3  entered, I guess, when he was making his notes.
4        And this is what I had a question about.  So
5  he stated that, "The patient states that in July he
6  was at the grocery store with his friend when his legs
7  gave out and he fell on the ground."  I believe when I
8  asked earlier, you said that "no one" was in the store
9  with you.  Is that correct?
10        (Exhibit 3 was marked for
11        identification.)
12   A  Yeah, that's a --.  That's a typo on -- on
13  -- the -- on that report.
14   Q  Okay.
15   A  Yes, ma'am.
16   Q  And then also I guess this description when
17  it says, "your legs gave out," would that have been an
18  accurate description at the time that you gave to him?
19   A  It's not 'cause -- because -- I slipped.
20  Because, you know, they got it --.  They worded the
21  way they wanted it but pretty much, yes.  Because I
22  questioned him about this report anyway, that -- that
23  -- I wasn't with no one.
24        Because the cameras are clearly showing even
25  coming in the store that I wasn't with anyone.  So it

Page 86

1  was --.  It was a typo on -- on -- their report.
2  That's why I like writing out reports instead of
3  telling someone something.  Because they're not always
4  writing down the correct thing.
5   Q  And when you say, "the cameras --."  I'll
6  stop sharing my screen now.  Yeah, I believe earlier
7  you mentioned that you reviewed the video from Kroger?
8   A  Yeah, some of it, yes.  Not the entrance.
9   Q  What'd you say?  Could you repeat that?
10   A  I said, "Not the entrance."
11   Q  Okay.  So you didn't see you entering the
12  Kroger store?
13   A  No, ma'am.
14        MS. DAVIS:  Okay.  Mr. Jones, I think
15  those are all the questions that I have for you today.
16  So have you understood all the questions that I asked
17  you?
18        THE WITNESS:  Yes, ma'am.
19        MS. DAVIS:  And then if you didn't
20  understand the question, did you ask me to repeat or
21  rephrase it?
22        THE WITNESS:  Yes, ma'am.
23        MS. DAVIS:  And have I been courteous
24  to you today?
25        THE WITNESS:  Yes, ma'am.

Page 87

1        MS. DAVIS:  And is there anything about
2  the accident or your treatment that I didn't cover
3  that you would like to add?
4        MR. TODD:  Form.
5        MS. DAVIS:  You can still answer,
6  Mr. Jones.
7        THE WITNESS:  No, ma'am.
8        MS. DAVIS:  Okay.  Well that's all the
9  questions that I have for you today.  Thank you so
10  much for your time.
11        And I'll pass the witness
12        MR. TODD:  Plaintiff reserves.
13        MS. DAVIS:  Thank you so much.
14        THE REPORTER:  All right.  Now we are
15  to the orders.
16        Ms. Davis, would you like to order?
17        MS. DAVIS:  Yeah, just the standard.
18        THE REPORTER:  And ten days is okay?
19        MS. DAVIS:  Yes.
20        THE REPORTER:  Okay.
21        Mr. Todd?
22        MR. TODD:  No, ma'am.  He'll read and
23  sign only.
24        THE REPORTER:  He what?  One more time?
25  I didn't hear you.

Page 88

1        MR. TODD:  He will read and sign.  No
2  orders.
3        THE REPORTER:  Okay.
4        We will be off the record and it is
5  going to be 4:48.
6        (Signature reserved.)
7        (Whereupon, at 4:48 p.m., the
8        proceeding was concluded.)

Page 89

23 (Pages 86 - 89)

## Page 90

CERTIFICATE OF DEPOSITION OFFICER

1  CERTIFICATE OF DEPOSITION OFFICER
2  I, BECKY STEWART, the officer before whom
3  the foregoing proceedings were taken, do hereby
4  certify that any witness(es) in the foregoing
5  proceedings, prior to testifying, were duly sworn;
6  that the proceedings were recorded by me and
7  thereafter reduced to typewriting by a qualified
8  transcriptionist; that said digital audio recording of
9  said proceedings are a true and accurate record to the
10  best of my knowledge, skills, and ability; that I am
11  neither counsel for, related to, nor employed by any
12  of the parties to the action in which this was taken;
13  and, further, that I am not a relative or employee of
14  any counsel or attorney employed by the parties
15  hereto, nor financially or otherwise interested in the
16  outcome of this action.
17  October 5, 202_
18  BECKY STEWART
    Notary Public in and for the
19  State of Texas
20
21  [X] Review of the transcript was requested.
22
23
24
25

## Page 91

CERTIFICATE OF TRANSCRIBER

1  CERTIFICATE OF TRANSCRIBER
2  I, JENNIFER COLLINS, do hereby certify that
3  this transcript was prepared from the digital audio
4  recording of the foregoing proceeding, that said
5  transcript is a true and accurate record of the
6  proceedings to the best of my knowledge, skills, and
7  ability; that I am neither counsel for, related to,
8  nor employed by any of the parties to the action in
9  which this was taken; and, further, that I am not a
10  relative or employee of any counsel or attorney
11  employed by the parties hereto, nor financially or
12  otherwise interested in the outcome of this action.
13  October 5, 2022
14
15  JENNIFER COLLINS
16
17
18
19
20
21
22
23
24
25

## Page 92

1  JEFFREY N. TODD, ESQUIRE
2  jeff@jefftoddlaw.com
3  October 5, 2022
4  RE: Jones, Anthony v. Kroger Texas
5  September 30, 2022, Anthony Jones, 5406962
6  The above-referenced transcript has been
7  completed by Veritext Legal Solutions and
8  review of the transcript is being handled as follows:
9  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10  to schedule a time to review the original transcript at
11  a Veritext office.
12  __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13  Transcript - The witness should review the transcript and
14  make any necessary corrections on the errata pages included
15  below, noting the page and line number of the corrections.
16  The witness should then sign and date the errata and penalty
17  of perjury pages and return the completed pages to all
18  appearing counsel within the period of time determined at
19  the deposition or provided by the Code of Civil Procedure.
20  __ Waiving the CA Code of Civil Procedure per Stipulation of
21  Counsel - Original transcript to be released for signature
22  as determined at the deposition.
23  __ Signature Waived – Reading & Signature was waived at the
24  time of the deposition.
25

## Page 93

1  _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
2  Transcript - The witness should review the transcript and
3  make any necessary corrections on the errata pages included
4  below, noting the page and line number of the corrections.
5  The witness should then sign and date the errata and penalty
6  of perjury pages and return the completed pages to all
7  appearing counsel within the period of time determined at
8  the deposition or provided by the Federal Rules.
9  __ Federal R&S Not Requested - Reading & Signature was not
10  requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

24 (Pages 90 - 93)

1  Jones, Anthony v. Kroger Texas
2  Anthony Jones (#5406962)
3        E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Anthony Jones            Date
25
                                        Page 94

1  STATE OF _____ )
                           ) SS.
2  COUNTY OF _____ )
3
4
5
6
7       I, the undersigned, declare under penalty
8  of perjury that I have read the foregoing transcript,
9  and I have made any corrections, additions or
10 deletions that I was desirous of making; that the
11 foregoing is a true and correct transcript of
12 my testimony contained therein.
13      EXECUTED this _____ day of _____,
14 _____, at _____, _____,
        (City)         (State)
15
16
17
18
      _____
19
          Anthony Jones
20
21
22
23
24
25
                                        Page 95

25 (Pages 94 - 95)

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ANTHONY JONES | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO: 4:21-cv-2917** |
| | § | |
| KROGER TEXAS L.P. | § | |
| *Defendant.* | § | |

**AFFIDAVIT OF RICHARD ZUNIGA**

**STATE OF TEXAS**          )

**COUNTY OF HARRIS**     )

BEFORE ME, the undersigned authority, on this day personally appeared Richard Zuniga who, after being by me first sworn according to law, upon his oath, deposed and stated the following.

1. My name is Richard Zuniga. I am over the age of 18 years old, and I am in all respects competent to make this Affidavit. I have never been convicted of a felony or any crime of moral turpitude. All of the statements in this Affidavit are within my personal knowledge and true and correct.

2. I have been an employee for Defendant Kroger Texas L.P.'s ("Defendant" or "Kroger") parent company, The Kroger Co., for twelve (12) years.

3. On Wednesday, July 1, 2020, the date of customer Anthony Jones' accident, I was the Assistant Store Manager at the Kroger store located at 18030 FM 529 Road, Cypress, Texas 77433, the store where Mr. Jones' accident occurred.

4. The attached record is a true and correct copy of the Incident Report I filled out on the day of customer Anthony Jones' accident at Kroger. This is an exact duplicate of the original record.

5. The record was made at or near the time of the event recorded in the record by—or from information transmitted by— someone with knowledge.

6. The record was kept in the course of the regularly conducted activity of Kroger.

7. It is the regular practice of Kroger to make this type of record at or near the time of the event set forth in the record.

8. I have knowledge of Anthony Jones' accident because I reported to the aisle where the accident occurred in approximately three minutes after I was notified of the accident.

9. I interviewed Mr. Jones to determine the circumstances surrounding his accident.

10. As conveyed to me by Mr. Jones, he was grabbing vinegar off the shelf, and as he walked away, he fell backwards for some unknown reason.

11. As witnessed by me, there were no spills or trash in the section of Aisle 9 where Mr. Jones fell.

12. I personally filled out and signed the attached Incident Report dated 07/01/2020 based on what I observed on the scene of Mr. Jones' accident and conveyed to me by Mr. Jones.

DATED this 14 day of October 2022, in Houston, Texas.

FURTHER AFFIANT SAYETH NAUGHT.

Richard Zuniga

SWORN TO AND SUBSCRIBED BEFORE ME on this the 14th day of October 2022.

Notary Public, State of Texas

CLIFF DUSKIN
126099032
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 3, 2023

877-959 6437



## Incident Report

**Claim Number** | 3 | 0 | 2 | 0 | 5 | 5 | 5 | 6 | 9 | 1 | 4 | 0 | 0 | 0 | 1 |

### Report to be completed by Store Management within 24 hours of incident notice

DATE 07/01/20 DIVISION 034 STORE # 352

**Section A:    Store ID**

Address 18030 FM 529 Rd City Cypress State TX Zip 77433

Manager on Duty at Time of Incident Richard Zuniga Store Phone 281-550-9493

Store Email Address richard.zuniga@stores.kroger.com

Manager Email Address Richard.Zuniga@stores.Kroger.com

MOD Schedule for Next 5 Days S_____ M_____ T_____ W_____
TH  X   F   C   SA   C

**Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)**

Name Anthony Jones                         Age 58      Gender: (M)/F

Name of Parent/Guardian _____

Date of Birth 5-25-62 Marital Status S.           Loyalty ID # _____

Address 15910 FM 529 #121 City Houston State TX Zip 77095

Home Phone _____ Cell Phone 832-851-4570 Work Phone 800-728-

Employer Corporate Care Inc. Title Warehouse Manager

Work Address 3530 W.T.C. Jester City Houston State TX Zip 77018

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'8½  170
BRN Tennis Shoes

**Section C:    Incident Information**

Date of Incident 07/01/20           Time of Incident 7:21 (AM)/PM

Date Notified of Incident 07/01/20    Time Notified 7:21 (AM)/PM

Effective December 2018          Incident Report  ·       Confidential          Page 1

KROGER/JONES 000001



# Incident Report

**Claim Number** 3 6 2 0 5 5 5 6 5 1 9 0 0 0 1

Name of Employee Initially Notified _Richard Zuniga_

EUID of Employee Initially Notified _rz 56020_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) _____
_End of Aisle 9 by the vinegar section_

Provide Brief Description in ten words or less for Call Center entry _____
_Customer slip and fell in aisle 9_

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

_Customer was grabbing vinegar off the shelf as_
_he walked away fell backwards for some unknown_
_reason, fell and braced his fall and hurt his back_

Please describe area of incident, including the presence of any cones, warnings, size and color of
hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

_no spills or trash on sedan where customer fell_
_1 shipper by the section were the customer was_

Name and contact information of any third party with potential liability for the incident (vendor,
landlord etc...) _____

_N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

_lower back and lower left leg_

Did Police or Emergency Services Respond? Y/N If Yes, Who? _____

Effective December 2018          Incident Report          Confidential          Page 2

7-1-2020          302055569140001          6020200701041358

KROGER/JONES 000002



# Incident Report

**Claim Number** ___3 6 2 0 5 5 5 6 5 1 4 0 0 0 1___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? (Y/N)  ~ *customer was unsure*

Doctor or Medical Facility Name, if known_____ *if he was going*

Address_____ Phone_____

## Section D:    Witness ID

1 Name_____ Employee: Y/N  Phone_____

Address_____City_____State____Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____City_____State____Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____City_____State____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____

_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

*Customer seemed wishy-washy about if he had hurt his back or leg. Customers shoes were also in poor condition*

Print Name and EUID of Employee Completing This Report

Name *Richard Zuniga*          EUID *rz56020*

Signature ~~~~~~~~          Date *08/01/20*

Remember to check for video and to forward photos

Effective December 2018        Incident Report        Confidential        Page 3

KROGER/JONES 000003

# EXHIBIT C

877-959 6437



# Incident Report

**Claim Number** | 3 | 0 | 2 | 0 | 5 | 5 | 5 | 6 | 9 | 1 | 4 | 0 | 0 | 0 | 1 |

**Report to be completed by Store Management within 24 hours of incident notice**

DATE 07/01/20 DIVISION 034     STORE # 352

### Section A:    Store ID

Address 18030 FM 529 Rd City Cypress    State TX Zip 77433

Manager on Duty at Time of Incident Richard Zuniga    Store Phone 281-550-9493

Store Email Address richard.zuniga@stores.kroger.com

Manager Email Address richard.zuniga@stores.kroger.com

MOD Schedule for Next 5 Days   S    M    T    W

TH   X   F   C   SA   C

### Section B:    Customer ID (Please provide contact for parent/guardian if minor is involved)

Name Anthony Jones     Age 58   Gender: (M)/F

Name of Parent/Guardian

Date of Birth 5-25-62   Marital Status S.     Loyalty ID #

Address 15910 FM 529 #121 City Houston   State TX   Zip 77095

Home Phone   Cell Phone 832-851-9570   Work Phone 800-728-

Employer Corporate Care Inc.    Title Warehouse MManger

Work Address 3530 W.T.C. Jester City Houston   State TX   Zip 77018

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) 5'8'½   170

BRN Tennis shoes

### Section C:    Incident Information

Date of Incident 07/01/20     Time of Incident 7:21 (AM)/PM

Date Notified of Incident 07/01/20     Time Notified 7:21 (AM)/PM

---

Effective December 2018     Incident Report     Confidential     Page 1

KROGER/JONES 000001



# Incident Report

**Claim Number** `3` `0` `2` `0` `5` `5` `5` `6` `5` `1` `4` `0` `0` `0` `1`

Name of Employee Initially Notified _Richard Zuniga_

EUID of Employee Initially Notified _rz 56020_

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)
_End of Aisle 9 by the vinegar section_

Provide Brief Description in ten words or less for Call Center entry
_Customer slip and fell in aisle 9_

Provide Detailed Description of the incident:
(as witnessed by you) OR (⟨as conveyed by the customer⟩ (circle one)

_Customer was grabbing vinegar off the shelf as_
_he walked away fell backwards for some unknown_
_reason, fell and braced his fall and hurt his back_

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)
_no spills or trash in section where customer fell_
_1 shipper by the section were the customer was_

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...)
_N/A_

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")
_lower back and lower left leg_

Did Police or Emergency Services Respond? Y/N If Yes, Who?_____

---

Effective December 2018          Incident Report          Confidential          Page 2

7-1-2020                          302055569140001                    6020200701041358

KROGER/JONES 000002



# Incident Report

Claim Number ___[3]6[2]0[5]5[5]6[5]1[4]0[0]0[1]___

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment Y/N — customer was unsure

Doctor or Medical Facility Name, if known____N/A____ if he was going

Address____N/A____Phone_____

## Section D:    Witness ID

1 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

2 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

3 Name_____Employee: Y/N  Phone_____

Address_____City_____State_____Zip_____

Names and EUID of any employees nearby, if not listed above:

_____
_____

## Section E:    Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

Customer seemed wishy-washy about if he had hurt his back or leg. Customers shoes were also in poor condition

Print Name and EUID of Employee Completing This Report

Name _Richard Zuniga_____    EUID _rzs6020_____

Signature _____    Date _08/01/20_

Remember to check for video and to forward photos

Effective December 2018        Incident Report        Confidential        Page 3

KROGER/JONES 000003